**No. 69714.**—Empire Findings Co., Inc. *v.* United States, protests 65/10482 and 65/10484 (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of parts of stethoscopes similar in all material respects to those the subject of Abstract 68126, the claim of the plaintiff was sustained.

DECEMBER 22, 1965

**No. 69715.**—APPEAL 5173.—John G. Stephenson, III *v.* United States.——C.D. 2425 affirmed December 10, 1964. C.A.D. 850.